UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ADMINISTRATORS, INC.,

Plaintiff,

v.

AMERICOLD LOGISTICS, LLC, a Delaware limited liability company,

Defendant.

Case No.   C22-1283-RSM-BAT

MINUTE ORDER REFERRING CASE

The following Minute Order is made by direction of the Court, the Honorable Ricardo S. Martinez, United States District Judge:

It appearing from the files and records herein that this is an appropriate matter to refer to a full-time United States Magistrate Judge for the purposes hereinafter set forth, pursuant to Local Rule MJR 6 and Amended General Order 02-19, now therefore,

IT IS ORDERED that the above entitled action be referred to the Honorable Brian A. Tsuchida, who is directed and empowered to conduct hearings and make any further necessary orders consistent with the Local Rules and the instructions of the District Judge to whom the case is assigned.

DATED this 16th day of September, 2022.

RAVI SUBRAMANIAN, Clerk
UNITED STATES DISTRICT COURT

By:   *s/Serge Bodnarchuk*
             Deputy Clerk